AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### RECEIVED
for the
### UNITED STATES MARSHAL

Western District of North Carolina

**10:45 am, Mar 21 2024**

**WESTERN NORTH CAROLINA CHARLOTTE**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   3:24-CR-64-004-FDW |
| (4) MAOXUAN XIA | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    (4) MAOXUAN XIA                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

   Money Laundering Conspiracy

Date:    3/20/2024

*Issuing officer's signature*

City and state:    Charlotte, North Carolina

KATHERINE HORD SIMON, CLERK
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/21/2024 , and the person was arrested on *(date)* 4/19/2024 at *(city and state)* New York . |
| Date: 5/16/2024 |
| *Arresting officer's signature* |
| K. Marlow DUSM |
| *Printed name and title* |