FILED
CHARLOTTE, NC
AUG - 5 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:24-cr-00064

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> (1) ENHUA FANG, ) <br> ) <br> (2) SHU JUN ZHEN, ) <br> a/k/a "Yan Feng Chen," ) <br> a/k/a "Chunyan Li," ) <br> ) <br> (3) JIANFEI LU, ) <br> a/k/a "Xian Le Li," ) <br> ) <br> (4) MAOXUAN XIA, ) <br> a/k/a "Xin Lin," ) <br> a/k/a "Xiang Lin," ) <br> a/k/a "Zhiyue Qin," and ) <br> ) <br> (5) SHAO NENG LIN, ) <br> ) <br> (6) ZHOU YU ) | SECOND BILL OF PARTICULARS <br> (FORFEITURE) |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby gives notice that the United States is seeking forfeiture herein of the following additional assets on one or more of the grounds stated in the notice of forfeiture provided in the Superseding Bill of Indictment:

**A forfeiture money judgment in the amount of at least $92,190,954, such amount constituting the amount involved in the violations set forth in the Superseding Bill of Indictment;**

Approximately $150,000 in United States currency seized on October 31, 2022, during the investigation;

Approximately $108,000 in United States currency seized on August 12, 2022, during the investigation;

Approximately $124,960 in United States currency seized on December 12, 2022,

Case 3:24-cr-00064-FDW-SCR    Document 68    Filed 08/05/24    Page 1 of 3

during the investigation;

Approximately $100,000 in United States currency seized on February 10, 2023, during the investigation;

Approximately $102,235 in United States currency seized on February 13, 2023, during the investigation;

Approximately $140,500 in United States currency seized on October 11, 2022, during the investigation;

Approximately $711.81 in funds seized from JPMorgan Chase Account *1892, such account held in the name of Bob Bao Decoration Company;

Approximately $399.06 in funds seized from Bank of America Account *9194, such account held in the name of LJQ Trading LLC;

Approximately $582.95 in funds seized from JPMorgan Chase Account *3518, such account held in the name of JLIU Trading LLC;

Approximately $101.08 in funds seized from Wells Fargo Account *0761, such account held in the name of SY Trading Inc.;

Approximately $1,023.58 in funds seized from JPMorgan Chase Account *8321, such account held in the name of SY Trading Inc.;

Approximately $214.65 in funds seized from JPMorgan Chase Account *9626, such account held in the name of Jiaquan Trading LLC;

Approximately $346.73 in funds seized from Bank of America Account *4617, such account held in the name of Jiaquan Trading LLC;

Approximately $246,089.87 in funds seized from Bank of America Account *2931, such account held in the name of Bonway Y House Holding Inc.;

Approximately $622.82 in funds seized from Wells Fargo Account *0096, such account held in the name of LJL Trading LLC;

Approximately $53,092.33 in funds seized from JPMorgan Chase Account *7239, such account held in the name of XR Supply LLC;

Approximately $69,869.54 in funds seized from Bank of America Account *7271, such account held in the name of WB Fixtures LLC;

Approximately $425.36 in funds seized from CitiBank Account *4195, such account held in the name of Ming Estate Homes Holding Inc.;

Approximately $534.89 in funds seized from Bank of America Account *8178, such account held in the name of LJL Trading LLC;

Approximately $552.51 in funds seized from Bank of America Account *8194, such account held in the name of LJL Trading LLC;

Approximately $657.63 in funds seized from Bank of America Account *7566, such account held in the name of SYS Investment LLC;

Approximately $9.15 in funds seized from Wells Fargo Account *1895, such account held in the name of Jiaquan Trading LLC; and

Approximately $7,365.76 in funds seized from Bank of America Account *3107, such account held in the name of SY Trading Inc.

This the 5th day of August, 2024.

                                        DENA J. KING
                                        UNITED STATES ATTORNEY

                                        /s/ Seth Johnson
                                        J. Seth Johnson
                                        Texas Bar No. 24083259
                                        Assistant United States Attorney
                                        Suite 1650, Carillon Building
                                        227 West Trade Street
                                        Charlotte, North Carolina 28202
                                        Telephone: (704) 338-3159
                                        Email: seth.johnson@usdoj.gov